**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT FREEDMAN,<br><br>      Plaintiff,<br><br> v.<br><br>SUMNER M. REDSTONE, PHILIPPE P. DAUMAN, THOMAS E. DOOLEY, GEORGE S. ABRAMS, ALAN C. GREENBERG, SHARI REDSTONE, FREDERIC V. SALERNO, BLYTHE J. MCGARVIE, CHARLES E. PHILLIPS, JR., WILLIAM SCHWARTZ, ROBERT K. KRAFT, and VIACOM INC.,<br><br>      Defendants. | C.A. No. 1:12-cv-01052 SLR |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

    Pursuant to Federal Rules of Civil Procedure 23.1, and 12(b)(6), the defendants, through their undersigned counsel, hereby move to dismiss the Complaint (D.I. 1). The grounds for this motion are set forth in the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss the Complaint, filed herewith, and such further reply to be filed in accordance with the Stipulation and Order entered on August 30, 2012 (D.I. 4).

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| **OF COUNSEL:** | By: */s/ Jon E. Abramczyk* |
|  | Jon E. Abramczyk (I.D. No. 2432) |
| Stuart J. Baskin | John P. DiTomo (I.D. No. 4850) |
| Jaculin Aaron | 1201 North Market Street, 18th Floor |
| SHEARMAN & STERLING LLP | Wilmington, Delaware 19899-1347 |
| 599 Lexington Avenue | Phone: (302) 351-9211 |
| New York, NY 10022 | Facsimile: (302) 425-3006 |
| (212) 848-4000 | jabramczyk@mnat.com |
| jaaron@shearman.com | jditomo@mnat.com |
|  | *Attorneys for all Defendants* |

October 22, 2012

**CERTIFICATE OF SERVICE**

        I hereby certify that on October 22, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

        I further certify that I caused copies of the foregoing document to be served on October 22, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan , Jr.<br>Farnan LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>Email: farnan@farnanlaw.com | *VIA ELECTRONIC MAIL* |
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>Fax: (302) 777-0301<br>Email: bfarnan@farnanlaw.com | *VIA ELECTRONIC MAIL* |
| Joseph James Farnan , III<br>Farnan LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>Fax: (302) 777-0301<br>Email: jjfarnan@farnanlaw.com | *VIA ELECTRONIC MAIL* |

*/s/ John P. DiTomo*

John P. DiTomo (I.D. No. 4850)